**Entered on Docket
March 10, 2011**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank, National Association
11-70227

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Michele L. Adams-Webb<br><br><br>Debtor. | Bk Case No.: 10-33946-bam<br><br>Date: 3/1/2011<br>Time: 1:30 pm<br><br>Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

1    Secured Creditor U.S. Bank, National Association, its assignees and/or successors in interest, of the

2    subject property, generally described as 7396 Great Victoria, Las Vegas, NV 89179.

3    Submitted by:

4    **WILDE & ASSOCIATES**

5    By: _____ #10235

6    **Gregory L. Wilde, Esq.**
      Attorney for Secured Creditor

7

   **APPROVED / DISAPPROVED**

8

   By:_____
9    Arun Gupta
      Attorney for Debtor(s)
10

11    **APPROVED / DISAPPROVED**

12    By:_____
      Brian D. Shapiro
13    Chapter 7 Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

1    ALTERNATIVE METHOD re: RULE 9021:

2    In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately
3    reflects the court's ruling and that (check one):

4    _____   The court has waived the requirements set forth in LR 9021(b)(1).

5    _____   No party appeared at the hearing or filed an objection to the motion.

6    ☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and
7            any trustee appointed in this case any unrepresented parties who appeared at the hearing,
8            and each has approved or disapproved the order, or failed to respond, as  indicated below.

9    Debtor's counsel:

10   _____   approved the form of this order              _____   disapproved the form of this order

11   _____   waived the right to review the order and/or   ☒   failed to respond to the document

12   _____   appeared at the hearing, waived the right to review the order

13
14   _____   matter unopposed, did not appear at the hearing, waived the right to review the order

15   Trustee:

16   _____   approved the form of this order              _____   disapproved the form of this order

17   _____   waived the right to review the order and/or   ☒   failed to respond to the document

18
19   _____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the
20            motion pursuant to LR 9014(g), and that no party has objected to the form or content of the
             order.

21   I declare under penalty and perjury that the foregoing is true and correct.
22

23   Submitted by:
24   /s/ Gregory L. Wilde, Esq.
     Gregory L. Wilde, Esq.
25   Attorney for Secured Creditor

26